FORM 8. Entry of Appearance                                    Form 8

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DANIEL GABINO MARTINEZ    v.    UNITED STATE OF AMERICA

No. 16-1344

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  DANIEL GABINO MARTINEZ
                               Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | A. Blair Dunn |
| Law Firm: | WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, |
| Address: | 1005 Marquette Ave NW |
| City, State and Zip: | Albuquerque, NM 87102 |
| Telephone: | 505-750-3060 |
| Fax #: | 505-246-8500 |
| E-mail address: | warba.llp@gmail.com; abdunn@ablairdunn-esq.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12-03

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  January 4, 2015          Signature of pro se or counsel  /s/

cc: _____

Reset Fields

I hereby certify that a copy of the foregoing was served on January 4, 2016 via *Email thru the Court's CM-ECF filing system* to Defendant United States of America.

                                    */s/ A. Blair Dunn*
                                    A. Blair Dunn, Esq.