FORM 8. Entry of Appearance                                                                 Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DANIEL GABINO MARTINEZ    v.    UNITED STATE OF AMERICA

No. 16-1344

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: DANIEL GABINO MARTINEZ
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Dori E. Richards
Law Firm: WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES,
Address: 1005 Marquette Ave NW
City, State and Zip: Albuquerque, NM 87102
Telephone: 505-750-3060
Fax #: 505-246-8500
E-mail address: warba.llp@gmail.com; abdunn@ablairdunn-esq.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12-03

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date January 4, 2015    Signature of pro se or counsel  /s/ Dori E. Richards

cc: _____

I hereby certify that a copy of the foregoing was served on January 4, 2016 via *Email thru the Court's CM-ECF filing system* to Defendant United States of America.

/s/ Dori E. Richards
Dori E. Richards, Esq.